IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02025-RPM

MICHAEL BURKE,

        Plaintiff,

v.

CONGRESSMAN JOHN T. SALAZAR,

        Defendant.

_____

## ORDER OF DISMISSAL
_____

    Michael Burke filed a Complaint under Simplified Civil Procedure in the County Court, Mesa County, Colorado, on September 14, 2005.  The action was removed by the defendant John T. Salazar on October 13, 2005, pursuant to 28 U.S.C. § 1442(a)(1), because the defendant is a Congressman, the United States Representative for the Third Congressional District of Colorado.  The defendant filed a motion to dismiss along with the removal.  The allegations made in the complaint are all conclusory and there are no factual allegations.  Accordingly, no claim for relief has been stated and as required by Fed. R. Civ. P. 12(b)(6) it is

    ORDERED that this civil action is dismissed for failure to state a claim for relief.

    DATED: March 24th, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge